UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAUN HUTTAR, ) | CASE NO. C09-0427-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DENYING PLAINTIFF'S |
| ) | MOTION FOR EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff filed a Motion for Extension of Time (Dkt. 19) on June 30, 2009. Plaintiff requests that the deadline for his Opening Brief be extended from July 24, 2009, but he does not provide the Court with a new proposed deadline. He advises that he will return to Seattle by July 7, 2009.

Taking the above into account, plaintiff's request for extension is DENIED at this time. The current deadline of July 24, 2009 is still 17 days away. If plaintiff finds that he still does not have enough time to prepare his brief, he may file a new motion for extension of time. Plaintiff is advised that any motion for request of extension must contain a proposed new deadline for his Opening Brief. In addition, all future filings must contain a certificate of

ORDER DENYING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -1

service, showing that he mailed a copy of his filing to defendant's counsel.  **Any future filings that do not contain a certificate of service may be stricken.**  Finally, plaintiff is reminded that any motion filed with this court must contain a noting date in the caption that complies with Local Rule CR 7(d).

DATED this <u>8th</u> day of July, 2009.

<u>s/ Mary Alice Theiler</u>
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -2